NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5018

HARDIE'S FRUIT AND VEGETABLE CO. – SOUTH, L.P.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

M&S FOODS CO., LTD.,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-534, Senior Judge Robert H. Hodges, Jr.

ON MOTION

## O R D E R

Hardie's Fruit and Vegetable Co. – South, L.P. moves for leave to submit its corrected joint appendix out of time and moves the court to return all copies of the original joint appendix.

Because Hardie's has now submitted the corrected joint appendix, its motion for return of the original copies is moot.

Accordingly,

IT IS ORDERED THAT:

(1)    Hardie's motion for leave to submit the corrected joint appendix out of time is granted.

(2)     Hardie's motion for return of all copies of the original joint appendix is
moot.

FOR THE COURT

MAY 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 15 2009

JAN HORBALY
CLERK

cc:     Johnathan M. Bailey, Esq.
        Isaias Alba, IV, Esq.

s17